```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8            IN THE UNITED STATES DISTRICT COURT FOR THE

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:11-CR-00171-GEB
                                 )
12               Plaintiff,      )   APPLICATION AND ORDER FOR
                                 )   MONEY JUDGMENT
13       v.                      )
                                 )
14  GARRY BRADFORD,              )
                                 )
15               Defendant.      )
                                 )
16

17       On August 12, 2011, defendant Garry Bradford entered a guilty

18  plea to Counts One through Four of the Indictment, which charge him

19  with Wire Fraud in violation of 18 U.S.C. § 1343.

20       As part of his plea agreement with the United States, defendant

21  Garry Bradford agreed to forfeit voluntarily and immediately up to

22  $2,200,00.00, as a personal money judgment pursuant to Fed. R. Crim.

23  P. 32.2(b)(1), which reflects a reasonable compromise between the

24  parties for forfeiture purposes concerning the proceeds the

25  defendant obtained as a result of violations of 18 U.S.C. § 1343, to

26  which he has pled guilty.  See Defendant Bradford's Plea Agreement ¶

27  II.G.  Plaintiff hereby applies for entry of a money judgment as

28  follows:
```

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Garry Bradford in the amount of $2,200,00.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Garry Bradford's conviction for violating 18 U.S.C. § 1343 (Counts One through Four). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED: 8/23/12   BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew D. Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

///
///
///
///

# **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Garry Bradford in the amount of $2,200,00.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: August 24, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge