```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: GARRY BRADFORD
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7            FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )    No. CR-S-11-171 GEB
                                 )
10              Plaintiff,       )    STIPULATION AND ORDER
                                 )    SETTING JUDGEMENT
11                               )    AND SENTENCING DATE
                                 )
12        vs.                    )
                                 )
13  GARRY BRADFORD,              )
                                 )
14              Defendant.       )
                                 )
15
         Defendant: GARRY BRADFORD, through his attorney, PETER KMETO, and
16
    the United States of America, through its counsel of record, MATTHEW D. SEGAL,
17
    stipulate and agree to the following:
18
         1– That the hearing date for Judgement and Sentence in the above matter
19
    be set for April 12, 2013.
20
21
         IT IS SO STIPULATED.
22
    Dated:  May 11, 2011            /s/ MATTHEW D. SEGAL
23                                  Assistant U.S. Attorney
                                    for the Government
24
25  Dated:  May 11, 2011            /s/  PETER KMETO
                                    Attorney for Defendant
26                                  GARRY BRADFORD
27
28                              - 1 -
```

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, IT IS ORDERED that the STATUS HEARING in the above entitled matter be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until June 10, 2011 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: October 4, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge