```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 914-2357
 4
    Attorney for: GARRY BRADFORD
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7             FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )    No. CR-S-11-171 GEB
                                 )
10          Plaintiff,           )    STIPULATION AND ORDER
                                 )    SETTING JUDGEMENT
11                               )    AND SENTENCING DATE
                                 )
12      vs.                      )
                                 )
13  GARRY BRADFORD,              )
                                 )
14          Defendant.           )
                                 )
15
        Defendant: GARRY BRADFORD, through his attorney, PETER KMETO, and
16
    the United States of America, through its counsel of record, MATTHEW D. SEGAL,
17
    stipulate and agree to the following:
18
        1– That the hearing date for Judgement and Sentence in the above matter
19
        be set for May 31, 2013.
20
21
        IT IS SO STIPULATED.
22
    Dated:  March 28, 2013         /s/ MATTHEW D. SEGAL
23                                 Assistant U.S. Attorney
                                   for the Government
24
25  Dated:  March 28, 2013         /s/  PETER KMETO
                                   Attorney for Defendant
26                                 GARRY BRADFORD
27
28                              - 1 -
```

## ORDER

UPON the stipulation of the two parties, IT IS ORDERED that the HEARING FOR JUDGEMENT AND SENTENCING in the above entitled matter be continued to May 31, 2013, commencing at 9:00 a.m.

Dated: March 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge